| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Dennis Connelly (SBN 232835)<br>LAW OFFICE OF DENNIS CONNELLY<br>2901 W. Coast Hwy Ste 200<br>Newport Beach, CA 92663<br>Ph: (949) 270-2904<br>Fx: (949) 258-5093 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>DEC 10 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY deramus DEPUTY CLERK |
|---|---|
| ☐ Chapter 13 Trustee<br>☒ Attorney for:  Debtor, Brian Leach | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>BRIAN LEACH,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 8:19-bk-13139-TA<br>CHAPTER: 13 |
|---|---|
| | **ORDER ☒ GRANTING  ☐ DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** |
| | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based on the Application for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on *(date)* 6/19//2020 as docket number 72, the court orders as follows:

1. ☒ The Application is granted and the Attorney for Debtor is allowed the sum of $4,810.00 as compensation for Additional Services and the sum of $52.00 in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of $4,862.00 from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: *(date)* _____ at *(time)* _____.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 1    F 3015-1.19.ORDER.CH13.FEES.DMCON

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☐ Other (specify):

###

Date: December 10, 2020

*[signature]*

Theodor C. Albert
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 3015-1.19.ORDER.CH13.FEES.DMCON**